| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|
| Rev. 1/2004 | Calendar Year 2003 | in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) HULL, FRANK M | 2. Court or Organization U.S.CT OF APPEALS-11TH CIRCUIT | 3. Date of Report 5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.CT OF APPEALS JUDGE-ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. Court of Appeals 56 Forsyth Street, NW ATLANTA, GA 30303 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Guardian/Trustee/Custodian | Stock & Bond Accts ▓▓▓▓▓▓▓ |

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED MAY 13 11 37 AM '04 FINANCIAL DISCLOSURE OFFICE

## II. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | ▮▮▮▮▮▮ (architect's salary) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE -- - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Undev. Real Estate: ▓▓▓▓▓ | | None | M | W | | | | | |
| 2. Real Estate: ▓▓▓Prop #3 (Parcel 3: WW) | | None | K | W | | | | | |
| 3. Real Estate: ▓▓▓Prop. #4 (Parcel 2: WW) | | None | K | W | | | | | |
| 4. Real Estate: ▓▓▓Prop #5 (Parcel 1: WW) | | None | O | R | | | | | |
| 5. Real Estate: ▓▓▓Property (18% interest) | | None | K | W | | | | | |
| 6. ▓▓▓ ACCT (with the following): | B | Int/Div/CG | M | T | | | | | |
| 7. ▓▓▓Money Funds | A | Interest | J | T | | | | | |
| 8. -Dreyfus Liquid Assets | A | Dividend | J | T | | | | | |
| 9. -American Express Co | | None | J | T | Buy | 4/2 | J | | |
| 10. -AmGen Inc | | None | J | T | | | | | |
| 11. -Bank of America Corp | | None | J | T | | | | | |
| 12. -Bank One Corp | | None | J | T | Buy | 6/13 | J | | |
| 13. -Biomet Inc | | None | J | T | | | | | |
| 14. -Brinker Intl Inc | | None | J | T | | | | | |
| 15. -Cardinal Health Inc | | None | J | T | | | | | |
| 16. -Coca Cola Co | | None | J | T | | | | | |
| 17. -Copart Inc | | None | | | Sell | 2/20 | J | | |
| 18. -Concord EFS Inc | | None | J | T | Buy add'l | 7/14 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -CVS Corp | | None | | | Sell | 1/9 | J | | |
| 20. -Cooper Cos Inc | | None | J | T | Buy | 10/13 | J | | |
| 21. -Express Scripts Inc | A | Cap Gains | J | T | Sell | 8/25 | J | A | |
| 22. -Gannett Co Inc | | None | J | T | | | | | |
| 23. -Genzyme Corp | | None | J | T | | | | | |
| 24. -Home Depot Inc | | None | J | T | | | | | |
| 25. -Liz Claiborne Inc | | None | J | T | Buy add'l | 6/03 | J | | |
| 26. -Linens 'N Things Inc | | | | | Buy | 4/29 | J | | |
| 27. -Linens 'N Things Inc | | None | J | T | Buy add'l | 6/13 | J | | |
| 28. -McDonalds Corp | | None | | | Sell | 1/9 | J | | |
| 29. -MBNA Corp | | | | | Buy add'l | 1/28 | J | | |
| 30. -MBNA Corp | A | Cap Gains | J | T | Sell | 10/21 | J | A | |
| 31. -Merck & Co Inc | | None | | | Sell | 7/21 | J | | |
| 32. -Microsoft Corp | | None | J | T | | | | | |
| 33. -Patterson Dental Co | | None | J | T | | | | | |
| 34. -Pfizer Inc | | None | | | Sell | 8/26 | J | | |
| 35. -Starbucks Corp | | None | J | T | Buy | 7/08 | J | | |
| 36. -Stryker Corp | | None | K | T | | | | | |

1. Income/Gain Codes (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month–<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. -Tiffany & Co New | | None | J | T | | | | | |
| 38. -Wellpoint Health Networks Inc | | None | J | T | | | | | |
| 39. -Williams Sonoma Inc | | None | J | T | Buy add'l | 4/11 | J | | |
| 40. -Willis Group Holdings Ltd | | None | J | T | Buy | 9/8 | J | | |
| 41. -Winnebago Industries Inc | | None | J | T | Buy add'l | 8/05 | J | | |
| 42. ▇▇▇▇FMA ACCT (with the following): | B | Int/Div/CG | M | T | | | | | |
| 43. ▇▇▇Money Funds | A | Interest | J | T | | | | | |
| 44. -American Express Co | | None | J | T | Buy add'l | 4/02 | J | | |
| 45. -Amgen Inc | | None | J | T | | | | | |
| 46. -Bank of America Corp | | None | J | T | | | | | |
| 47. -Bank One Corp | | None | J | T | Buy add'l | 4/04 | J | | |
| 48. -BioMet Inc | | None | J | T | | | | | |
| 49. -Brinker Intl Inc | | None | J | T | Buy add'l | 7/24 | J | | |
| 50. -Cardinal Health Inc | | | | | Buy add'l | 9/08 | J | | |
| 51. -Cardinal Health Inc | | None | J | T | Buy add'l | 10/23 | J | | |
| 52. -Coca-Cola Co | | None | J | T | | | | | |
| 53. -Concord EFS Inc | | | | | Buy add'l | 7/14 | J | | |
| 54. - Concord EFS Inc | | None | J | T | Buy add'l | 10/15 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4);     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes:     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. -Copart Inc | | None | | | Sell | 2/20 | J | | |
| 56. -CVS Corp | | None | | | Sell | 1/09 | J | | |
| 57. -Express Scripts Inc | A | Cap Gains | | | Sell | 8/25 | J | A | |
| 58. -Gannett Co Inc | | None | K | T | | | | | |
| 59. -Genzyme Corp | | None | J | T | | | | | |
| 60. -Home Depot Inc | B | Cap Gains | J | T | Part Sell | 1/09 | J | B | |
| 61. -Integra Lifesciences Holdings | | | | | Buy | 8/19 | J | | |
| 62. -Integra Lifesciences Holdings | | None | J | T | Buy add'l | 9/09 | J | | |
| 63. -Limited Brands Inc | | None | J | T | Buy | 8/19 | J | | |
| 64. -Linens 'N Things Inc | | | | | Buy | 4/29 | J | | |
| 65. -Linens 'N Things Inc | | None | J | T | Buy add'l | 5/08 | J | | |
| 66. -Liz Claiborne Inc | | None | J | T | | | | | |
| 67. -MBNA Corp | | None | J | T | Buy add'l | 1/23 | J | | |
| 68. -McDonalds Corp | | None | | | Sell | 1/09 | J | | |
| 69. -Merck & Co Inc | | None | | | Sell | 7/24 | J | | |
| 70. -MicroSoft Corp | | None | J | T | | | | | |
| 71. -Patterson Dental Co | | None | J | T | | | | | |
| 72. -Starbucks Corp | | None | J | T | Buy | 7/01 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -Stryker Corp | | None | K | T | | | | | |
| 74. -Synopsys Inc | | | | | Buy | 8/12 | J | | |
| 75. -Synopsys Inc | A | Cap Gain | | | Sell | 9/10 | J | A | |
| 76. -Tiffany & Co | | None | J | T | Buy add'l | 3/13 | J | | |
| 77. -Wellpoint Health Networks Inc | | None | J | T | | | | | |
| 78. -Williams Sonoma Inc | | None | J | T | Buy add'l | 4/11 | J | | |
| 79. -Winnebago Industries Inc | | None | J | T | | | | | |
| 80. -Willis Group Holdings Ltd | | | | | Buy | 9/09 | J | | |
| 81. -Willis Group Holdings Ltd | | None | J | T | Buy add'l | 10/23 | J | | |
| 82. Real Estate: Ltd Partner, ███ | A | Interest | K | R | | | | | |
| 83. 23.8% Stock: Architectural firm, ███ | | None | N | U | | | | | |
| 84. Note from ███ | E | Interest | M | T | | | | | |
| 85. BJLAS, LLC (16% interest) | | None | J | W | | | | | |
| 86. 401(k) Retirement Plan/Trust: ███ | D | None | P1 | T | | | | | |
| 87. ███ IRA ACCT (with the following) : | A | Int/Div/CG | M | T | | | | | |
| 88. -Dreyfus Liquid Assets Inc. | A | Interest | J | T | | | | | |
| 89. -American Express Co. | | None | J | T | | | | | |
| 90. -Advance PCS | | None | J | T | Buy | 1/13 | J | | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. -Amgen Inc | | None | J | T | | | | | |
| 92. -Bank of America Corp | | None | J | T | Buy add'l | 7/16 | J | | |
| 93. -Bank One Corp | | None | J | T | Buy add'l | 10/6 | J | | |
| 94. -Biomet Inc. | | None | J | T | | | | | |
| 95. -Brinker Intl Inc | | | | | Buy | 4/23 | J | | |
| 96. -Brinker Intl Inc | | None | | | Sell | 10/22 | J | | |
| 97. -Coca-Cola Co. Stock | | None | J | T | | | | | |
| 98. -CVS Corp | | None | | | Sell | 1/9 | J | | |
| 99. -Cardinal Health Inc | | None | J | T | | | | | |
| 100. -Concord EFS Inc | | None | J | T | Buy add'l | 7/14 | J | | |
| 101. -Copart Inc | | None | | | Sell | 2/20 | J | | |
| 102. -Express Scripts Inc | A | Cap Gains | | | Sell | 8/26 | J | A | |
| 103. -Gannett Co. Inc. | | None | J | T | | | | | |
| 104. -Genzyme Corp | | None | J | T | | | | | |
| 105. -Home Depot Inc | A | Cap Gains | J | T | Part Sell | 1/9 | J | A | |
| 106. -Limited Brands Inc | | | | | Buy | 7/25 | J | | |
| 107. -Limited Brands Inc | | | | | Buy add'l | 11/3 | J | | |
| 108. -Limited Brands Inc | | None | J | T | Buy add'l | 12/17 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HULL, FRANK M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. | -Linens 'N Things Inc | | None | J | T | Buy | 6/13 | J | | |
| 110. | -Liz Claiborne Inc | | None | J | T | Buy add'l | 6/13 | J | | |
| 111. | -MBNA Corp | | | | | Buy add'l | 1/23 | J | | |
| 112. | -MBNA Corp | | | | | Buy add'l | 7/16 | J | | |
| 113. | -MBNA Corp | | None | J | T | Part Sell | 10/21 | J | | |
| 114. | -McDonalds Corp | | None | | | Sell | 1/9 | J | | |
| 115. | -Merck & Co Inc | | None | | | Sell | 7/24 | J | | |
| 116. | -Microsoft Corp | | None | J | T | | | | | |
| 117. | -Oracle Corp | | None | J | T | Buy add'l | 1/14 | J | | |
| 118. | -Patterson Dental Co | | None | J | T | | | | | |
| 119. | -Tiffany & Co | | None | J | T | Buy add'l | 7/25 | J | | |
| 120. | -Wellpoint Health Networks Inc | | None | J | T | | | | | |
| 121. | -Williams Sonoma Inc | | None | J | T | | | | | |
| 122. | -Willis Group Holdings Ltd | | None | J | T | Buy | 9/9 | J | | |
| 123. | -Winnebago Industries Inc | | None | J | T | | | | | |
| 124. | ▮▮▮▮▮▮ PMA Acct (with the following) | D | Int/Div/CG | O | T | | | | | |
| 125. | -Amer International Group Inc. | | None | | | Sell | 3/10 | K | | |
| 126. | -American Express Co. | | None | L | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. -Amgen Inc | | None | K | T | | | | | |
| 128. -Bank of America Corp | | None | K | T | | | | | |
| 129. -Bank One Corp | | None | K | T | Buy add'l | 10/6 | J | | |
| 130. -Biomet Inc. | | None | K | T | | | | | |
| 131. -Brinker Intl Inc | | None | | | Buy add'l | 4/23 | J | | |
| 132. -Brinker Intl Inc | | None | K | T | Buy add'l | 8/7 | J | | |
| 133. -Cardinal Health Inc | | None | | | Buy add'l | 9/8 | J | | |
| 134. -Cardinal Health Inc | | None | K | T | Buy add'l | 10/23 | J | | |
| 135. -Coca-Cola Co. | | None | K | T | Partial sell | 1/9 | J | | |
| 136. -Concord EFS Inc | | None | | | Buy add'l | 7/14 | J | | |
| 137. -Concord EFS Inc | | None | | | Buy add'l | 7/24 | J | | |
| 138. -Concord EFS Inc | | None | | | Buy add'l | 10/7 | J | | |
| 139. -Concord EFS Inc | | None | K | T | Buy add'l | 10/15 | J | | |
| 140. -Copart Inc | | None | | | Sell | 2/20 | J | | |
| 141. -Express Scripts Inc | D | Cap Gains | | | Sell | 8/25 | K | D | |
| 142. -Gannett Co Inc | | None | L | T | | | | | |
| 143. -Genzyme Corp | | None | K | T | | | | | |
| 144. -Home Depot Inc | | None | K | T | Partial Sell | 1/9 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. -Intel Corp | | | | | Buy add'l | 1/14 | J | | |
| 146. -Intel Corp | | None | J | T | Partial sell | 7/21 | J | | |
| 147. -Linens 'N Things Inc | | None | K | T | Buy | 5/8 | K | | |
| 148. -Liz Claiborne Inc | | | | | Buy add'l | 3/21 | J | | |
| 149. -Liz Claiborne Inc | | None | K | T | Buy add'l | 6/9 | J | | |
| 150. -MBNA Corp | | None | K | T | Buy add'l | 1/23 | J | | |
| 151. -McDonalds Corp | | None | | | Sell | 1/9 | J | | |
| 152. -Merck & Co. Inc. | A | Cap Gains | | | Sell | 7/21 | K | A | |
| 153. -Microsoft Corp | | None | K | T | | | | | |
| 154. -Patterson Dental Co | | None | K | T | | | | | |
| 155. -Starbucks Corp | | None | K | T | Buy | 7/11 | K | | |
| 156. -Stryker Corp. | | None | M | T | | | | | |
| 157. -Tiffany & Co. | | None | L | T | | | | | |
| 158. -Wellpoint Health Networks Inc | | None | K | T | | | | | |
| 159. -Willis Group Holdings Ltd | | None | K | T | Buy | 12/3 | K | | |
| 160. -Winnebago Industries Inc | | None | K | T | Buy add'l | 8/4 | J | | |
| 161. ▇▇▇ Money Funds | A | Interest | J | T | | | | | |
| 162. Real Estate: Ltd Partner; ▇▇▇ | A | Rent | J | W | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   R = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. Real Estate: Ltd Partner, ▓▓▓▓▓ | B | Rent | J | W | | | | | |
| 164. Real Estate ▓▓▓▓ Prop #3 (Parcel 3: WW) | | None | K | W | | | | | |
| 165. Real Estate: ▓▓▓▓ Prop. #4 (Parcel 2: WW) | | None | K | W | | | | | |
| 166. ▓▓▓▓▓▓ acct ▓▓▓ (with the following): | A | Int/Div/CG | L | T | | | | | |
| 167. ▓▓▓▓ Money Funds | | Interest | J | T | | | | | |
| 168. -American Express Co | | None | J | T | | | | | |
| 169. -Amgen Inc | | None | J | T | | | | | |
| 170. -Bank of America Corp | | None | J | T | | | | | |
| 171. -Bank One Corp | | None | J | T | | | | | |
| 172. -Biomet Inc | | | J | T | Partial sell | 8/8 | J | A | |
| 173. -Biomet Inc | A | Cap Gains | J | T | Partial sell | 11/21 | J | A | |
| 174. -Brinker Intl Inc | | None | J | T | | | | | |
| 175. -Cardinal Health Inc | | None | J | T | Buy add'l | 10/23 | J | | |
| 176. -Coca-Cola Co | | None | | | Sell | 8/8 | J | | |
| 177. -Concord EFS Inc | | None | J | T | | | | | |
| 178. -Copart Inc | | None | | | Sell | 2/20 | J | | |
| 179. -CVS Corp | | None | | | Sell | 1/9 | J | | |
| 180. -Express Scripts Inc | A | Cap Gains | | | Sell | 8/25 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 181. -Gannett Co Inc | | None | J | T | | | | | |
| 182. -Home Depot Inc | | None | J | T | | | | | |
| 183. -Limited Brands Inc | | None | J | T | Buy | 7/25 | J | | |
| 184. -Linens 'N Things Inc | | | J | T | Buy | 4/29 | J | | |
| 185. -Linens 'N Things Inc | | None | J | T | Buy add'l | 6/13 | J | | |
| 186. -Liz Claiborne Inc | | None | J | T | Buy add'l | 6/13 | J | | |
| 187. -MBNA Corp | | None | J | T | | | | | |
| 188. -McDonalds Corp | | None | | | Sell | 1/9 | J | | |
| 189. -Merck & Co Inc | | None | | | Sell | 7/24 | J | | |
| 190. -Microsoft Corp | | None | | | Sell | 11/21 | J | | |
| 191. -Patterson Dental Co | | None | J | T | | | | | |
| 192. -Pfizer Inc | | None | | | Sell | 8/26 | J | | |
| 193. -Stryker Corp | B | Cap Gains | J | T | Partial Sell | 11/21 | J | B | |
| 194. -Tiffany & Co New | | None | J | T | | | | | |
| 195. -Wellpoint Health Networks Inc | A | Cap Gains | J | T | Partial Sell | 8/8 | J | A | |
| 196. -Williams Sonoma Inc | | None | J | T | Buy add'l | 4/11 | J | | |
| 197. -Willis Group Holdings Ltd | | None | J | T | Buy | 9/8 | J | | |
| 198. -Winnebago Industries Inc | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 199. ▮▮▮▮▮▮ Acct ▮▮▮▮ (with the following): | A | Int/Div/CG | K | T | | | | | |
| 200. ▮▮▮▮ Money Funds | A | Interest | J | T | | | | | |
| 201. -American Express Co | | None | J | T | | | | | |
| 202. -Amgen Inc | | None | J | T | | | | | |
| 203. -Bank of America Corp | | None | J | T | | | | | |
| 204. -Brinker Intl Inc | | None | J | T | | | | | |
| 205. -Cardinal Health Inc | | None | J | T | | | | | |
| 206. -Cendant Corp | | None | J | T | Buy | 12/3 | J | | |
| 207. -Copart Inc | | None | | | Sell | 2/20 | J | | |
| 208. -Express Scripts Inc | A | Cap Gains | | | Sell | 8/25 | J | A | |
| 209. -Gannett Co Inc | | None | J | T | | | | | |
| 210. -Genzyme Corp | | None | J | T | | | | | |
| 211. -Home Depot Inc | | None | J | T | Partial Sell | 1/21 | J | | |
| 212. -Limited Brands Inc | | None | J | T | Buy | 12/3 | J | | |
| 213. -Liz Claiborne Inc | | None | J | T | | | | | |
| 214. -MBNA Corp | | None | J | T | | | | | |
| 215. -Microsoft Corp | | None | J | T | | | | | |
| 216. -Patterson Dental Co | | None | J | T | | | | | |

1. Income/Gain Codes: A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
(See Columns B1 and D4)   F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
(See Columns C1 and D3)   N =$250,000-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000   P4 =$More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash/Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. -Stryker Corp | | None | J | T | | | | | |
| 218. -Tiffany & Co | | None | J | T | | | | | |
| 219. -Winnebago Industries Inc | | None | J | T | | | | | |
| 220. Real Estate: ▨▨Prop #2 ▨▨ (Parcel 4: WW) | | None | K | W | | | | | |
| 221. Real Estate: ▨▨Prop #3 ▨▨ (Parcel 3: WW) | | None | K | W | | | | | |
| 222. Real Estate: ▨▨Prop #4 ▨▨ (Parcel 2: WW | | None | K | W | | | | | |
| 223. Undev. Real Estate: ▨▨ Highlands, ▨▨ | | None | O | W | | | | | |
| 224. Real Estate: ▨▨Prop #2 ▨▨ (Parcel 4: WW) | | None | L | W | | | | | |
| 225. Real Estate: ▨▨Prop #3 ▨▨ (Parcel 3: WW) | | None | K | W | | | | | |
| 226. Real Estate: ▨▨Prop #4 ▨▨ (Parcel 2: WW) | | None | K | W | | | | | |

| Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HULL, FRANK M | 5/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  *12 May 04*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AN   WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AN   CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544